CASE NO: 05-18-00481-CV

Joseph T. Smith, Appellant

V.

The STATE OF TEXAS,

APPELLEE

IN THE COURT OF APPEALS
FIFTH DISTRICT OF TEXAS
AT DALLAS

ON APPEAL FROM COLLIN COUNTY, 366TH Judicial DISTRICT, TRIAL COURT CAUSE No. 366-80590-2016

# APPELLANT'S PRO SE ~~MOTION~~ TO REINSTATE WRIT OF MANDAMUS

TO THE HONORABLE JUSTICES OF THE COURT:

COMES NOW APPELLANT EN PRO SE, Joseph T. Smith IN The Above STyled And Numbered cause, And Moves This COURT TO Grant APPELLANTS PRO SE MOTION TO REINSTATE WRIT WRIT OF MANDAMUS And IN SUPPORT WOULD Show ~~THE COURT AS~~ Follows:

**RECEIVED**
**COURT OF APPEALS**

JUN 0 1 2018

LISA MATZ
~~CLERK, 5th DISTRICT~~

## I.
## Jurisdiction
## STATMENTS OF FACT

18 Relator Filed An Application For WRIT OF MANDAMUS with This COURT with A Chief Complaint OF NOT Being Able To Access The full APPELLATE record Because STATES ExHIBITS 1 and 1A were Supplied to Relator By APPellate Counsel Lara. E. Bracamonte ON A Digital video Disk By order of This COURT Dated MARch 15, 2018 in CAUSE NO. 05-17-00034-CR And Sought relief through Either this COURT Directing The 366th Judicial District of COLLin COUNTY, TEXAS For EN camera review OR Paper copies of The reQuested and Previously Granted Clerks, and Reporters records As well AS The STATES EXHIBITS 1 and 1A Because as a result of relators INCarceration relator can Not access computer Activated Soft or Hard ware IN order to Properly review and have adequate Access to the record.

## II.

By order Dated MAY. 1 2018 This COURT ordered The clerk of this court to Send relator A Paper copy of the 44 Page Supplemental reporters record of the August 29, 2016 comlentary HEARing ONLY **NOT** any of the other reQuested relief Justices Bridges, Brown, And Boatright In the MEMORANDUM opinion

(1)

Based Said opinion on the order Dated MAY.1,2018 ordering The clerk of this court To Send relator A copy of the 44 page Supplemental reporters record which relator was already in possesion of and Supplied with the WRIT OF MANDAMUS WAS DENIED as MOOT when relief was Never Granted Fully the Chief Issue of relief requested by the Relator was The unaccessable STATES EXIBHITS 1 and 1A

## III.

Because the District court has NO Desire to respond to correspondence from relator either on Purpose or due to Jurisdictional issues Relator has NO Adequate remedy at Law to Pursue the requested relief other than this Application For writ of MANDAMUS

## IV.

This Court has Juris Diction to issue A writ OF MANDAMUS in this Cause under Article 5. Section 5 of the TEXAS Constitution and Article 4.04 of the code of Criminal Procedure.

WHEREFORE ALL PREMiSES Considered Relator prays this court Grant this Motion to reINSTATE WRIT OF MANDAMUS Directing the Honorable RAY wheless OF THE 366th Judicial District court OF Collin county.TEXAS to Either Bench Warrant relator to the court for EN camera review or Supply Relator with Paper copies of the States EXHIBITS 1 and 1A offered by the State and admitted into the record by the Honorable Angela Tucker of the 199th Judicial District of Collin County, TEXAS in the August.29 2016 compentency Hearing

(2)

# CERTIFICATE OF SERVICE

I CERTIFY that a true and correct carbon copy of the fore going MOTION to ReINSTATE WRIT OF MANDAMUS Has Been forwarded by U.S. prepaid First class MAIL to Attorney For the State John. R. Rolater At 2100 BloomDale RD. Suite 200 Mckinney, TX 75071 ON this the 26 Day OF May 2018

Joseph T. Smith

_Joseph Smith_

relater / Appellant
pro se

Clemens unit
TDCJ# 2107016
9601 Spur 591
Amarillo, TX 79107-9606

Clerk of the court Lisa Matz,

Re: Cause No 05-17-00034-CR Trial court No. 366-80590-366

Case No: 05-18-00681-CV

please find enclosed Appellants pro se motion
to reinstate writ of Mandamus please file
and bring to the Attention of the court

**RECEIVED**
**COURT OF APPEALS**

JUN 0 1 2018

**LISA MATZ**
**CLERK, 5th DISTRICT**

Respectfully Submitted
Joseph Smith

Relator/Appellant
Pro se

Clements Unit
9601-Spur 591
Amarillo, TX
79107-9606

Joseph Smith 2107a6
Clements Unit
9601 Spur 591
Amarillo, Tx 79107-9606

AMARILLO TX 791

30 MAY 2018 PM 1 L

USA
FOREVER

**RECEIVED**
COURT OF APPEALS

JUN 0 1 2018

LISA MATZ
CLERK, 5th DISTRICT

Legel MAIL

LisA MATZ
Clerk of the court
Court of Appeals FiFTH DisTrict
of TEXAS AT DALLAS
600 Commerce Street Suite 200
Dallas, TX 75902

7520214653